FILED
2010 Sep-21 AM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MARTY BROWNING, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No. 5:09-cv-01277-HGD |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., et al., ) | |
| ) | |
| Defendants ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by Plaintiffs and Defendant TSYS Total Debt Management (Doc. #45), it is ORDERED, ADJUDGED and DECREED that Plaintiffs' claims against TSYS Total Debt Management are DISMISSED WITH PREJUDICE, and this action hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Done this 20th day of September 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671